BUCHALTER LLP
ARTIN BETPERA (SBN: 244477)
RICHARD HOVSEPYAN (SBN: 365788)
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
Telephone: 949.760.1121
Fax: 949.720.0182
Email: abetpera@buchalter.com
rhovsepyan@buchalter.com

Attorneys for Defendant
TRENDMOOD INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MANUEL Q. JUAREZ, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>vs.<br><br>TRENDMOOD INC., a California corporation,<br><br>Defendant. | Case No. 2:26-cv-06198-E<br><br>*[Assigned to Hon. Charles F. Eick]*<br><br>**~~[PROPOSED]~~ ORDER GRANTING STIPULATION TO ARBITRATE CLAIMS AND DISMISS ACTION** |

**~~[PROPOSED]~~ ORDER**

The Court, having considered the Parties' Joint Stipulation to Compel Individual Arbitration and to Dismiss Action (the "Stipulation"), and good cause appearing therefor, HEREBY ORDERS as follows:

1. The Stipulation is GRANTED.
2. Plaintiff Manuel Q. Juarez's individual claim against Defendant Trendmood Inc. shall be submitted to binding, individual arbitration in accordance with the parties' arbitration agreement and the Federal Arbitration Act, 9 U.S.C. § 1 et seq.

3. The above-captioned Action is DISMISSED in its entirety WITHOUT PREJUDICE. Plaintiff's individual claim is dismissed without prejudice to its resolution in arbitration, and the putative class claims are dismissed without prejudice to, and without any effect upon, the rights of any absent putative class member.
4. Each Party shall bear its own attorneys' fees and costs incurred in connection with the Action, except as may otherwise be provided under the parties' agreement or awarded by the arbitrator.

**IT IS SO ORDERED.**

Date: 8/31/2026

THE HONORABLE CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE